UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| DR. THOMAS J. WYLY,<br><br>    Plaintiff,<br><br>v.<br><br>THE INTERNATIONAL FOUNDATION<br>FOR EDUCATION AND SELF-HELP<br>and THE LEON H. SULLIVAN<br>FOUNDATION,<br><br>    Defendants. | MAGISTRATE JUDGE Cohen<br><br>CIVIL ACTION NO. |

## DEFENDANTS' JOINT NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendants The International Foundation for Education and Self-Help ("IFESH") and The Leon H. Sullivan Foundation ("Sullivan Foundation") hereby notice the removal of the above-captioned matter from the Superior Court for Middlesex County, Department of the Trial Court of the Commonwealth of Massachusetts, Civil Action No. 04-01037-E. In support thereof, defendants state the following:

1. Defendants IFESH and Sullivan Foundation were served separately via Certified Mail with copies of the complaint in this action on May 3, 2004.

2. True and correct copies of the complaint, summonses and civil action cover sheet are attached hereto as Exhibit A and constitute all process, pleadings and orders served upon the defendants in this action.

3. In accordance with the requirements of 28 U.S.C. § 1446, this notice of removal is filed within thirty (30) days after the defendants first received a copy of the initial pleading setting forth the claims for relief upon which plaintiff's action is based as set forth above.

4. Plaintiff Dr. Thomas J. Wyly is an individual residing at 27 Van Ness Road, Belmont, Massachusetts.

5. Defendant The International Foundation for Education and Self-Help is incorporated as a 501(c)(3) non-profit, charitable organization under the laws of the Commonwealth of Pennsylvania with its principal place of business at 5040 E. Shea Boulevard, Suite 260, Scottsdale, Arizona 85254-4687.

6. Defendant Leon H. Sullivan Foundation is incorporated as a 501(c)(3) non-profit, charitable organization under the laws of Washington D.C. with its principal place of business at 1900 K. St. NW, Suite 1060, Washington D.C. 20006.

7. Plaintiff's complaint alleges causes of action against the defendants for breach of contract, promissory estoppel, breach of implied covenant of good faith and fair dealing, unjust enrichment and quantum meruit in connection with an alleged agreement for the plaintiff to provide certain services to the defendants, and unfair and deceptive acts by the defendants in violation of M.G.L. c. 93A. In his complaint, plaintiff seeks damages for the value of his services in 2002 and the first half of 2003 and alleges an agreed compensation rate for said services variously as "$195,000 per year" and "$120,000 per year, plus benefits calculated at 35% of this salary." See Plaintiff's Complaint at ¶¶ 9-10. In the civil action cover sheet filed with his complaint, plaintiff asserts damages "over $200,000.00." Without admitting and expressly denying the validity of plaintiff's causes of action, it is clear that the amount in

controversy in this action will exceed the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

8. In accordance with 28 U.S.C. § 1332, there is complete diversity of citizenship between the parties, and the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

9. Defendants IFESH and Sullivan Foundation respectfully ask that this action be removed to the United States District Court for the District of Massachusetts for further proceedings, as though this action had originally been instituted in that Court.

10. Pursuant to 28 U.S.C. § 1446(d), defendants IFESH and Sullivan Foundation will promptly file a copy of this notice of removal with the Clerk of the Superior Court, Middlesex County, Commonwealth of Massachusetts, and will also serve a copy upon all counsel of record.

WHEREFORE, the defendants The International Foundation for Education and Self-Help and The Leon H. Sullivan Foundation request that the action now pending against them in the Superior Court of Middlesex County, Department of the Trial Court of the Commonwealth of Massachusetts, Civil Action No. 04-01037-E, be removed to this court.

Respectfully submitted,

THE LEON H. SULLIVAN
FOUNDATION,

By its attorneys,

*/s/ Michael L. Rosen*

Michael L. Rosen (BBO #559954)
Elizabeth Heinrich (BBO #648090)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

R. Daniel Beale
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-8489

THE INTERNATIONAL FOUNDATION
FOR EDUCATION AND SELF-HELP,

By its attorneys,

*Marie Mercier (EMH)*
Marie F. Mercier
Kotin Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114-2925
(617) 227-7031

Melanie Sabo
PRESTON GATES & ELLIS LLP
1735 New York Avenue NW
Suite 500
Washington, DC 20006-5221
(202) 661-3790

Dated: June 1, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 6/1/04

FHBoston/1056094.1                        - 4 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Dr. Thomas J. Wyly v. The International Foundation For Education and Self-Help, et al.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950          for patent, trademark or copyright cases

   ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?     YES ☐     NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC 2403)     YES ☐     NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?     YES ☐     NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?     YES ☐     NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C))     YES ☐     NO ☒
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)?
   (SEE LOCAL RULE 40.1(D))     YES ☐     NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?     YES ☐     NO ☒

   (a)   IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Middlesex County

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE

    CENTRAL SECTION;     YES ☐     NO ☐          OR WESTERN SECTION;     YES ☐     NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Michael L. Rosen, Attorney for The Leon H. Sullivan Foundation
ADDRESS  Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600
TELEPHONE NO (617) 832-1000

(Categfrm.rev-3/97)   1995557

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Dr. Thomas J. Wyly

**DEFENDANTS**
The International Foundation For Educations and Self-Help and The Leon H. Sullivan Foundation

*FILED IN CLERK'S OFFICE 2004 JUN -1 P 2:26 U.S. DISTRICT COURT DISTRICT OF MASS*

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Maricopa County, AZ
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
David A. Brown (BBO #556511), Pamela A. Zorn (BBO #640800)
Sherin and Lodgen LLP
100 Summer Street, Boston, MA 02110
(617) 646-2000

ATTORNEYS (IF KNOWN)
Michael L. Rosen (BBO# 559954), Elizabeth Heinrich (BBO# 648090)
Foley Hoag LLP
155 Seaport Boulevard, Boston, MA 02210-2600
617-832-1000 **Attorneys for Deft. The Leon H. Sullivan Foundation**

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. GOVERNMENT Plaintiff
- ☐ 2 U.S. GOVERNMENT Defendant
- ☐ 3 FEDERAL QUESTION (US Government Not a Party)
- ☒ 4 DIVERSITY (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY.)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commercial/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 362 Personal Injury Medical Malpractice | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 365 Personal Injury - Product Liability | ☐ 660 Occupational Safety Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder Suits | ☐ 330 Federal Employers' Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395 ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 863 DIWC,DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | **CIVIL RIGHTS** | ☐ 380 Other Personal Property Damage | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 441 Voting | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 442 Employment | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 443 Housing/ Accommodations | ☐ 510 Motions to Vacate Sentence | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | ☐ 444 Welfare | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | |
| | ☐ 440 Other Civil Rights | ☐ 530 General | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | |
| | | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Jurisdiction: 28 U.S.C. section 1332
Causes of Action: Plaintiff alleges breach of contract, promissory estoppel, breach of implied covenant of good faith and fair dealing, unjust enrichment and quantum meruit, and unfair and deceptive acts in violation of M.G.L. c. 93A.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ DOCKET NUMBER _____

**DATE** 6/1/04
**SIGNATURE OF ATTORNEY OF RECORD** [signature]

**FOR OFFICE USE ONLY**
RECEIPT# _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG.JUDGE _____