UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. THOMAS J. WYLY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 04-11151-EFH<br>) |
| THE INTERNATIONAL FOUNDATION<br>FOR EDUCATION AND SELF-HELP<br>and THE LEON H. SULLIVAN<br>FOUNDATION, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

FILED
IN CLERK'S OFFICE

2004 JUN -1  P 2:26

U.S. DISTRICT COURT
DISTRICT OF MASS.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the provisions of Local Rule 7.3(A), Defendant The International Foundation For Education and Self-Help states that it is incorporated as a 501(c)(3) non profit charitable organization, has no corporate parent and has no stock owned by any publicly held company.

Respectfully submitted,

THE INTERNATIONAL FOUNDATION
FOR EDUCATION AND SELF-HELP,

By its attorneys,

_____
Marie F. Mercier
Kotin Crabree & Strong, LLP
One Bowdoin Square
Boston, MA 02114-2925
(617) 227-7031

Melanie Sabo
PRESTON GATES & ELLIS LLP
1735 New York Avenue NW
Suite 500
Washington, DC 20006-5221
Dated: June 1, 2004          (202) 661-3790

FHBoston/1061536.1

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 6/1/04