UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 11151

| | |
|---|---|
| DR. THOMAS J. WYLY, <br><br> Plaintiff, <br><br> v. <br><br> THE INTERNATIONAL FOUNDATION FOR EDUCATION AND SELF-HELP and THE LEON H. SULLIVAN FOUNDATION, <br><br> Defendants. | CIVIL ACTION NO. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the provisions of Local Rule 7.3(A), Defendant The Leon H. Sullivan Foundation states that it is incorporated as a 501(c)(3) non profit charitable organization, has no corporate parent and has no stock owned by any publicly held company.

Respectfully submitted,

THE LEON H. SULLIVAN FOUNDATION,

By its attorneys,

_____
Michael L. Rosen (BBO #559954)
Elizabeth Heinrich (BBO #648090)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

R. Daniel Beale
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-8489

Dated: June 1, 2004

FHBoston/1061529.1

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on _6/1/04_
_____