FILED
IN CLERKS OFFICE

2004 JUN -7  A 11: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

DR. THOMAS J. WYLEY,

    Plaintiff,

v.

THE INTERNATIONAL FOUNDATION
FOR EDUCATION AND SELF-HELP, and
THE LEON H. SULLIVAN FOUNDATION,

    Defendants.

Civil Action No. 04-11151EFH

## ASSENTED-TO MOTION
## TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant The International Foundation for Education and Self-Help ("IFESH") moves for an extension of time in which to answer or otherwise respond to the complaint for thirty-five days up to and including July 12, 2004. Defendant requests the additional time in order to confer with counsel about the issues that are the subject of the complaint. This motion is assented to by counsel for the plaintiff.

Wherefore IFESH respectfully requests that it be granted an extension of time in which to answer or otherwise respond to the complaint up to and including July 12, 2004.

Respectfully Submitted,

THE INTERNATIONAL FOUNDATION
FOR EDUCATION AND SELF-HELP

By its attorneys,

*/s/ Marie F. Mercier*
Marie F. Mercier, BBO #343150
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

Assented To:

*/s/ David A. Brown/mfm*
David A. Brown, BBO# 556511
SHERIN AND LODGEN LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

Dated: June 7, 2004