**kkk**

UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. THOMAS J. WYLY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE INTERNATIONAL FOUNDATION )<br>FOR EDUCATION AND SELF-HELP, and )<br>THE LEON H. SULLIVAN FOUNDATION, )<br>)<br>    Defendants. )<br>) | Civil Action No. 04-11151EFH |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant The International Foundation for Education and Self-Help ("IFESH") and plaintiff Dr. Thomas J. Wyly ("Wyly') jointly move for an extension of time for IFESH to answer or otherwise respond to the complaint for an additional thirty days up to and including August 6, 2004. The parties are requesting the additional time in order to meet and discuss the possibility of settlement, mediation or other ways of resolving this matter without further litigation.

Wherefore IFESH and Wyly respectfully request that IFESH be granted an extension of time in which to answer or otherwise respond to the complaint up to and including August 6, 2004.

| | |
|---|---|
| DR. THOMAS J. WYLY | THE INTERNATIONAL FOUNDATION FOR EDUCATION AND SELF-HELP |
| By his attorneys, | By its attorneys, |
| *David A. Brown/mFM* | *Marie F. Mercier* |
| David A. Brown, BBO#556161 | Marie F. Mercier, BBO #343150 |
| SHERIN AND LODGEN LLP | KOTIN, CRABTREE & STRONG, LLP |
| 101 Federal Street | One Bowdoin Square |
| Boston, MA 02110 | Boston, Massachusetts 02114 |
| Tel: (617) 646-2000 | Tel: (617) 227-7031 |
| Fax: (617) 646-2222 | Fax: (617) 367-2988 |

Dated: July 8, 2004