UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

CASE NO. 04-11151-EFH

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| DR. THOMAS J. WYLY, | ) |
| Plaintiff, | ) |
|  | ) |
| THE INTERNATIONAL FOUNDATION FOR EDUCATION AND SELF-HELP and THE LEON H. SULLIVAN FOUNDATION, | ) |
| Defendants. | ) |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective July 6, 2004, the office address of Sherin and Lodgen LLP will be 101 Federal Street, Boston, Massachusetts 02110. The telephone number, (617) 646-2000, will remain the same.

DR. THOMAS J. WYLY,

By his attorneys,

_____
David A. Brown, BBO# 556161
Pamela A. Zorn, BBO# 640800
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 646-2000
Fax: (617) 646-2222

Dated: June 30, 2004

{00011874.DOC /}

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by first class mail.

Dated: June 30, 2004                              _/s/ David A. Brown_

{00011874.DOC /}                                   2