UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN OFFICE
2004 JUL 16 P 12: 15
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DR. THOMAS J. WYLY<br><br>Plaintiff,<br><br>v.<br><br>THE INTERNATIONAL<br>FOUNDATION FOR EDUCATION<br>AND SELF-HELP and THE LEON H.<br>SULLIVAN FOUNDATION,<br><br>Defendants. | Case No. 04-11151 EFH |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff Thomas J. Wyly and Defendant The Leon H. Sullivan Foundation jointly, and through their counsel, move for an extension of time for Defendant The Leon H. Sullivan Foundation to respond to Plaintiff's Complaint until August 6, 2004. The parties are requesting the additional time so that they, along with the Defendant The International Foundation for Education and Self-Help ("IFESH"), whose request for a similar extension was recently granted, can explore the possibilities of settlement, mediation or other means of resolving this matter without further litigation.

FHBoston/1081871.11058126.1

WHEREFORE, the Plaintiff Thomas J. Wyly and Defendant The Leon H. Sullivan Foundation jointly request that The Leon H. Sullivan Foundation be granted an extension of time to answer Plaintiff's Complaint until August 6, 2004.

Respectfully submitted,

| | |
|---|---|
| DR. THOMAS J. WYLY, | THE LEON H. SULLIVAN FOUNDATION |
| By his attorneys: | By its attorneys: |
| *David A. Brown (EAH)* | *Michael Rosen* |
| David A. Brown, Esq. BBO #556161 | Michael Rosen, Esq. BBO# 559954 |
| SHERIN AND LODGEN LLP | Elizabeth Heinrich, Esq. BBO #648090 |
| 101 Federal Street | FOLEY HOAG LLP |
| Boston, MA 02110 | 155 Seaport Boulevard |
| (617) 646-2000 | Boston, MA 02210 |
| | (617) 832-1000 |
| Attorneys for Plaintiff | |
| | R. Daniel Beale |
| | MCKENNA LONG & ALDRIDGE LLP |
| | 303 Peachtree Street, Suite 5300 |
| | Atlanta, Georgia 30308 |
| | (404) 527-8489 |
| | |
| | Attorneys for Defendant The Leon H. Sullivan Foundation |
| Dated: July 15, 2004 | Dated: July 15, 2004 |