UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. THOMAS J. WYLY,  )  <br>  )  <br>Plaintiff,  )  <br>  )  <br>v.  )  <br>  )  <br>THE INTERNATIONAL FOUNDATION  )  <br>FOR EDUCATION AND SELF-HELP and  )  <br>THE LEON H. SULLIVAN FOUNDATION,  )  <br>  )  <br>Defendants.  )  <br>_____ ) | Civil Action No. 04-11151 EFH |

### DEFENDANT THE INTERNATIONAL FOUNDATION FOR EDUCATION AND SELF-HELP'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.5(b), defendant The International Foundation for Education and Self-Help moves that this Court admit the following person to practice before this court *pro hac vice*.

Melanie Sabo

Of the firm:

Preston Gates & Ellis LLP
1735 New York Avenue, NW
Suite 500
Washington, DC 20006-5221
Tel: (202) 661-3790

This motion is based upon the affidavit of said counsel submitted herewith.

Respectfully submitted,

THE INTERNATIONAL FOUNDATION
FOR EDUCATION AND SELF-HELP,
Defendant
By its attorneys,

Dated: August 6, 2004

_____
Marie F. Mercier, BBO #343150
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

I CERTIFY THAT ON THIS 6 DAY OF August
I HAVE SERVED THE AFORESAID DOCUMENT ON ALL
PARTIES TO THIS ACTION BY Mail
_____

UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. THOMAS J. WYLY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE INTERNATIONAL FOUNDATION )<br>FOR EDUCATION AND SELF-HELP and )<br>THE LEON H. SULLIVAN FOUNDATION, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-11151 EFH |

### AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Melanie Sabo, certify as follows:

1. I am a member of the bar of the State of Florida, admitted on January 31, 1991, Bar No. 875287 and the District of Columbia, admitted on January 8, 1999, Bar No. 441050.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, namely, The United States District Court for the Middle District of Florida and United States District Court for the District of Columbia.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Melanie Sabo