UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DR. THOMAS J. WYLY | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CASE NO. 04-11151-EFH |
| THE INTERNATIONAL FOUNDATION FOR EDUCATION AND SELF-HELP and THE LEON H. SULLIVAN FOUNDATION, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT'S RULE 1.6(D)(3) CERTIFICATE

Pursuant to Rule 16.1(D)(3) of the Local Rules of this Court, Defendant The International Foundation For Education And Self-Help ("IFESH") and its counsel hereby state that they have conferred (a) to review the expected costs of conducting the full course and various alternative courses of the litigation with a view toward establishing a budget for same, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

THE INTERNATIONAL FOUNDATION
FOR EDUCATION AND SELF-HELP

By its attorneys:

_____
Melanie Sabo, Esq.
PRESTON GATES ELLIS & ROUVELAS
MEEDS LLP
1735 New York Avenue, NW
Suite 500
Washington, DC 20006
(202) 661-3790


Marie F. Mercier, Esq.
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114

THE INTERNATIONAL FOUNDATION
FOR EDUCATION AND SELF-HELP

By:

_____
Julie Sullivan
President & Chief Executive Office
IFESH
5040 East Shea Boulevard
Suite 260
Scottsdale, AZ 85254
(480) 443-1800