UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-11151-EFH

DR. THOMAS J. WYLY, )
)
Plaintiff, )
)
v. )
)
THE INTERNATIONAL )
FOUNDATION FOR EDUCATION )
AND SELF-HELP and THE LEON H. )
SULLIVAN FOUNDATION, )
)
Defendants. )

## JOINT STATEMENT PURSUANT TO
## FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

Plaintiff Dr. Thomas J. Wyly ("Wyly") and defendants The International Foundation for Education and Self-Help ("IFESH") and The Leon H. Sullivan Foundation ("The Sullivan Foundation") (collectively with IFESH, "Defendants.") hereby submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1. Pursuant to Notice of Scheduling Conference dated June 9, 2004, an initial scheduling conference is scheduled to be held on September 22, 2004.

I.   **Proposed Agenda for Scheduling Conference**

The parties propose that the agenda for the initial scheduling conference include a discussion of the following issues:

   1.   Initial exchange of information;

   2.   Mediation;

   3.   Proposed discovery plan in the event mediation fails;

{00020323.DOC /}

4.   Proposed schedule for filing of motions;

5.   Proposed trial date.

**II.   Proposed Pretrial Schedule**

a.   The parties suggest that, within sixty (60) days, they complete an initial exchange of documents and information and participate in mediation before an agreed-upon mediator.

b.   In the event mediation is unsuccessful, the parties suggest the following schedule:

Parties complete all fact discovery: May 1, 2005

Expert reports: The parties do not presently contemplate the need for expert testimony. The parties reserve the right to designate an expert, which right shall be exercised on or before May 1, 2005.

Parties file dispositive motions: June 1, 2005

Pre-Trial Conference: August 1, 2005

Trial: September 1, 2005

**III.   Magistrate Judge**

The parties do not consent to a trial by magistrate judge.

| DR. THOMAS J. WYLY | THE INTERNATIONAL FOUNDATION FOR EDUCATION AND SELF-HELP |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Pamela Zorn | /s/ Marie Mercier |
| David A. Brown, BBO# 556161<br>Pamela A. Zorn, BBO# 640800<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>(617) 646-2000 | Marie F. Mercier, BBO# 343150<br>Kotin, Crabtree & Strong, LLP<br>One Bowdoin Square<br>Boston, Massachusetts 02114<br>(617) 227-7031 |

{00020323.DOC /}

THE LEON H. SULLIVAN FOUNDATION
By its attorneys,

*/s/ Elizabeth Heinrich*

Michael Rosen, BBO# 559954
Elizabeth Heinrich, BBO# 648090
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Dated: September 15, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail) (by hand) on 9/15/04

*Pamela Zou*

{00020323.DOC /}