UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THOMAS J. WYLY,

        Plaintiff

    v.                                CIVIL ACTION NO.:
                                        04-11151-EFH

INTERNATIONAL FOUNDATION FOR
EDUCATION AND SELF-HELP, ET AL.,
        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL PRETRIAL CONFERENCE ORDER

September 22, 2004

HARRINGTON, S.D.J.

The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 2:00 P.M. on _Tuesday, September 6, 2005_ .

    SO ORDERED.

                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge