UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-11151-EFH

DR. THOMAS J. WYLY, )
)
Plaintiff, )
)
)
)
)
THE INTERNATIONAL )
FOUNDATION FOR EDUCATION )
AND SELF-HELP and THE LEON H. )
SULLIVAN FOUNDATION, )
)
Defendants. )
)

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Plaintiff Dr. Thomas J. Wyly and his undersigned counsel hereby certify that they have conferred: (a) with a view to establish a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

DR. THOMAS J. WYLY

*/s/ Thomas J. Wyly*

Dated: September 15, 2004

DR. THOMAS J. WYLY

By its counsel,

*/s/ David A. Brown*
David A. Brown, BBO# 556161
Pamela A. Zorn, BBO# 640800
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 646-2000