UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. THOMAS J. WYLY,<br><br>Plaintiff,<br><br>v.<br><br>THE INTERNATIONAL FOUNDATION FOR EDUCATION AND SELF-HELP and THE LEON H. SULLIVAN FOUNDATION,<br><br>Defendants. | Case No. 04-11151-EFH |

## MOTION FOR ADMISSION OF R. DANIEL BEALE TO PRACTICE IN THIS COURT *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b) of this Court, Alicia Alonso Matos, a member of the Bar of this Court who is an attorney with the firm of Foley Hoag, LLP, moves for the admission to the Bar of this Court, *pro hac vice*, of R. Daniel Beale, a member of the Bar of the State of Georgia. The certificate of R. Daniel Beale in support of this motion is attached hereto at Tab A.

A check in the amount of $50.00 to cover the fee for admission *pro hac vice* is enclosed with this motion.

THE LEON H. SULLIVAN FOUNDATION

By its attorneys:

Michael Rosen, BBO# 559954
Alicia Alonso Matos, BBO #651154
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

October: October 15, 2004

Attorneys for Defendant
The Leon H. Sullivan Foundation

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2004, I served a copy of the foregoing by mail to counsel for Plaintiff, David A. Browne, Sherin and Lodgen, LLP, 101 Federal Street, Boston, MA 02110 and counsel for the International Foundation for Education and Self Help, Marie F. Mercier, Kotin Crabree & Strong, LLP, One Bowdoin Square, Boston, MA, 02114.

Alicia Alonso Matos

### Certification Under Local Rule 7.1(A)(2)

The parties have conferred in a good faith attempt to resolve or narrow the issues presented by this motion, in compliance with Local Rule 7.1(A)(2).

Alicia Alonso Matos