UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DR. THOMAS J. WYLY,

                 Plaintiff,

v.

THE INTERNATIONAL FOUNDATION FOR EDUCATION AND SELF-HELP and THE LEON H. SULLIVAN FOUNDATION,

                 Defendants.

Case No. 04-11151-EFH

## NOTICE OF APPEARANCE OF ALICIA ALONSO MATOS

Please enter the appearance of the undersigned as counsel for Defendant The Leon H. Sullivan Foundation in the above-captioned matter.

THE LEON H. SULLIVAN FOUNDATION

By its attorneys:

*[signature]*

Michael Rosen, BBO# 559954
Alicia Alonso Matos, BBO #651154
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: October 15, 2004

Attorneys for Defendant
The Leon H. Sullivan Foundation

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2004, I served a copy of the foregoing by mail to counsel for Plaintiff, David A. Browne, Sherin and Lodgen, LLP, 101 Federal Street, Boston, MA 02110 and counsel for the International Foundation for Education and Self Help, Marie F. Mercier, Kotin Crabtree & Strong, LLP, One Bowdoin Square, Boston, MA, 02114.

*[signature]*
Alicia Alonso Matos