UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DR. THOMAS J. WYLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE INTERNATIONAL FOUNDATION | ) |
| FOR EDUCATION AND SELF-HELP, and | ) |
| THE LEON H. SULLIVAN FOUNDATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 04-11151EFH

## STIPULATION OF DISMISSAL

The undersigned, by their counsel, pursuant to Fed.R.Civ.Proc. 41(a)(1) hereby

stipulate and agree that the above captioned matter is hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys fees. All rights of appeal are waived.

DR. THOMAS J. WYLY

By his attorneys,


David A. Brown, BBO# 556161
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 646-2000
Fax: (617) 646-2222

THE INTERNATIONAL FOUNDATION
FOR EDUCATION AND SELF-HELP

By its attorneys,


Marie F. Mercier, BBO #343150
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

THE LEON H. SULLIVAN
FOUNDATION,

By its attorneys,

Michael L. Rosen (BBO #559954)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000

SO ORDERED:


_____
The Honorable Edward F. Harrington


Dated: June  , 2005

2